STATE ex rel. Alyce HAIGHT v. VERNON PARISH SCHOOL BOARD (Miss Pearle PEACE, Intervener).

No. 1792.

Court of Appeal of Louisiana. First Circuit.

Jan. 11; 1938.

Olin D. Moore and J. Reuel Boone, both of Many, for plaintiff.

Edwin M. Fraser, of Many, for defendant.

Woosley & Cavanaugh, of Leesville, for intervener.

DORE, Judge.

For the reasons given in State ex rel. Austin L. Temple v. Vernon Parish School Board, Intervention of Miss Pearle Peace, La.App., 178 So. 176, this day decided, the motion to dismiss or remand the case is overruled; and it is ordered that the judgment dismissing the intervention of Miss Pearle Peace is affirmed at her costs; and that the judgment in favor of relator and against the defendant school board is affirmed at the cost of defendant.

STATE ex rel. Robert F. BROWN et ux. v. VERNON PARISH SCHOOL BOARD (Miss Pearle PEACE, Intervener).

No. 1793.

Court of Appeal of Louisiana. First Circuit.

Jan. 11, 1938.

Olin D. Moore and J. Reuel Boone, both of Many, for plaintiff.

Edwin M. Fraser, of Many, for defendant.

Woosley & Cavanaugh, of Leesville, for intervener.

DORE, Judge.

For the reasons given in State ex rel. Austin L. Temple v. Vernon Parish School Board, Intervention of Miss Pearle Peace, La.App., 178 So. 176, this day decided, the motion to dismiss or remand the case is overruled; and it is ordered that the judgment dismissing the intervention of Miss Pearle Peace is affirmed at her costs; and that the judgment in favor of relator and against the defendant school board is affirmed at the cost of defendant.

RENE IMPLEMENT CO., Inc., v. PERRIN.

No. 1776.

Court of Appeal of Louisiana. First Circuit.

Jan. 11, 1938.

